CHARLOTTE T. P. ULLMAN, EXECUTRIX AND SOLE DEVISEE AND LEGATEE
UNDER THE LAST WILL AND TESTAMENT OF
W. B. ULLMAN, DECEASED

*v.*

STATE OF ILLINOIS.

*Opinion filed April 26, 1921.*

INHERITANCE TAX—*when claimant entitled to a refund.* In this claim
there being no dispute as to the facts and law governing the same, the
Court enters an award in favor of claimant for the amount of inheritance
tax over-paid.

Edward J. Brundage, Attorney General, for State.

All the proof by stipulation is filed herein, and is admitted by the
Attorney General to be true and that it sustains the claim which he
consents may be allowed in the sum demanded. The evidence discloses
that W. B. Ullman died a resident of Cook County, Illinois, on the 27th
day of May, A. D. 1918, leaving a last will and testament, which was
thereafter duly admitted to probate in said County and the claimant,
Charlotte T. P. Ullman, was duly appointed Executrix thereof by order
of the Court, and acted as such until discharged in due course Novem-
ber 18th, 1919, and that she is the sole devisee and legatee under said
last will and testament. The original order of County Judge of said
County assessing a total tax of seven thousand seventy-three and 89/100
dollars in said estate, was entered August 10th, 1918, less 5% discount
for payment within six months from the date of the decedent's death
was by claimant herein paid to the County Treasurer, October 22, 1918,
the net sum being $720.20.

On September 30, 1920, an order was entered by County Judge of
Cook County modifying said original order of assessment and fixing the
total inheritance tax at six thousand eight hundred seventy-one and
83/100 dollars.

By reason of payment of the assessment within six months of de-
cedent's death, the amount actually due under the latter order of assess-
ment is six thousand five hundred twenty-eight and 24/100 dollars,
leaving the sum of one hundred ninety-one and 88/100 dollars due claim-
ant in the cause without interest, which last sum is hereby awarded to
claimant.